UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

UNITED STATES OF AMERICA

v.

ANTONIO EDWARDS

) 1:00-CR-70
) *Collier*
)
)
)

### O R D E R

For the reasons set forth in the accompanying memorandum, the Court hereby **DENIES** Defendant Antonio Edwards' *pro se* motion pursuant to Fed. R. Crim. P. 41(g) for return of certain property (Court File No. 186).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**